# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





LUBRICANTES VENOCO INTERNATIONAL, C.A.

    VS.                    CIVIL NO. __98-1765__ (JAF)

M/V RIO NEVERI, her engines, furniture, apparel, etc., in rem, et al.

## DESCRIPTION OF MOTION

| DATE FILED: 9/7/99 | DOCKET: 54 | TITLE: MOTION FOR URGENT HEARING ON STATUS OF ARREST OF THE M/V RIO NEVERI |
|---|---|---|
| [x] Int. Plffs. | [ ] Defts. | |

## O-R-D-E-R

A Final Status Conference shall be held on **September 29, 1999, at 1:30 P.M.** Parties must appear prepared to consider alternatives for the full and final disposition of this matter.

September 9, 1999
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

