# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO INT'L.

    VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)

RECEIVED & FILED
00 JAN -4 AM 10: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

**DATE FILED:** 10/8/99    **DOCKET #: 62**    **TITLE:** MOTION by Perez y Cia. de PR to Consolidate Case with CV99-1292(JP) and CV 99-2055(CCC)

[] Plaintiff(s)
[] Defendant(s)
[X] OTHERS (Intervening Plaintiff)

---

## O-R-D-E-R

\_\_ GRANTED.

\_\_ DENIED.

\_\_ MOOT.

\_\_ NOTED.

OTHER:

*Denied*

1-28-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

70

7

1/4: 99-1292 (JP), 99-2055 (CC)
C. Raul D. Rivera      Fco. Ortiz, Jorge Castro