# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO
INTERNACINAL, C.A.

    VS.                                    CIVIL NO. __98-1765__ (JAF)

M/V RIO NEVERI, ET AL.,

---

### DESCRIPTION OF MOTION

DATE FILED: 11/5/99  DOCKET: 64    TITLE: REQUEST FOR NOTIFICATION OF ORDERS AND JUDGMENTS BY FAX SUBMITTED BY McCONNELL VALDES.

[ ] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Granted_

_12-28-99_
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE