# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO INT'L.

    VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)

| DESCRIPTION OF MOTION | |
|---|---|
| DATE FILED: 02/07/00  DOCKET #: 77  2/2/00 #76 <br><br> [ ] Plaintiff(s) <br> [ ] Defendant(s) <br> [X] OTHERS (substitute custodian) & USA | TITLE: URGENT MOTION by Robert Fyffe, as substitute custodian \|to Amend [75-1] order for confirmation of interlocutory sale\| |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: See #91 and be guided accordingly

3/24/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(93)