# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO INT'L.

   VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)

---

## DESCRIPTION OF MOTION

| | |
|---|---|
| DATE FILED: 02/11/00   DOCKET #: 79 | TITLE: MOTION by Perez y Cia. de PR for setting of a hearing on distribution of sale proceeds and opposition to motions to amend the order for confirmation of interlocutory sale |
| [ ] Plaintiff(s) | |
| [ ] Defendant(s) | |
| [X] OTHERS (substitute custodian) | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: See #91. On the basis of that granted order, the court will hear the parties on the distribution of the sale proceeds on March 30, 2000 at 10:00 AM.

DATE 3/27/2000

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(94)