# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





LUBRICANTES VENOCO INT'L.

    VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 02/14/00  DOCKET #: 80  TITLE: MOTION by Transcaribbean Marit |for setting of a hearing on distribution of sale proceeds|

[ ] Plaintiff(s)
[ ] Defendant(s)
[X] OTHERS

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _See Order (#94) entered in reference to #79_

3-24-2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE