# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO INT'L.

    VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)



## DESCRIPTION OF MOTION

DATE FILED: 02/22/00    DOCKET #: 83    TITLE: MOTION by Robert Fyffe requesting release as substitute custodian

[ ] Plaintiff(s)
[ ] Defendant(s)
[X] OTHERS

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: To be addressed at the destitution hearing set for 3/30/2000

_____          _____
DATE                              JOSE A. FUSTE
                                  U.S. DISTRICT JUDGE