## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO




LUBRICANTES VENOCO INT'L.

VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)

### DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 03/01/00 | DOCKET #: 87 | TITLE: MOTION by USA to Stay consideration of the substitute custodian's request for release pending a new order for confirmation of interlocutory sale |
| [ ] Plaintiff(s)<br>[ ] Defendant(s)<br>[X] OTHERS | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

Final desposition of the matter shall be entered after the 3/30/2000 hearing set today.

DATE: 3/28/2000

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(97)