UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUBRICANTES VENOCO INTERNACIONAL, C.A., | |
| Plaintiff, | Civil No. 98-1765 (JAF) |
| v. | |
| PEREZ & CIA. DE PUERTO RICO, INC.; FREDDY SANTANA, et al., | |
| Plaintiffs-Intervenors, | |
| v. | |
| M/V RIO NEVERI, her engines, furniture, apparel, etc., *in rem*; Lima-Sol Shipowners; Shipco Marine Management, and Coralita Shipping Co., Ltd., *in personam*. | |
| Defendants. | |

**FINAL ORDER OF DISTRIBUTION OF SALE PROCEEDS**

Pursuant to Amended Orders for the Interlocutory Sale of the M/V RIO NEVERIS, entered October 1, November 24, and December 29, 1999, Docket Documents Nos. 61, 66, and 69, the arrested vessel was finally sold and released from custody on March 17, 2000. See Amended Order for Confirmation of Interlocutory Sale, entered March 15, 2000, Docket Document No. 91. The sale of the M/V RIO NEVERIS produced $163,000 for distribution among claimants.

Civil No. 98-1765 (JAF) -2-

A hearing was held on March 30, 2000, for the purpose of considering the distribution of the sale proceeds of the interlocutory sale of the M/V RIO NEVERIS. Having heard the parties, the court **ORDERS** that the following distribution be made, consistent with the October 1, 1999 order:

(1) Dimitrious Kalogerakis, for salvage, $130,000.00.

(2) United States Marshals Service, for insurance premiums, balance owed as of this date: $10,630.58. See Addendum "A" to this Order. This expenditure is approved as a statutory ordinary and necessary expense incidental to the arrest. See 28 U.S.C. § 1921(a)(1)(E) and Department of Justice, United States Marshals Service Policy and Procedures Manual, Vol. VII: PROCESS, Admiralty, § 7.3-6.g.3 ("Even though a substitute custodian is appointed, the U.S. Marshal must continue to maintain on his or her own behalf, appropriate insurance covering the seizure until the vessel is sold or released from custody."), and § 7.3-7 INSURANCE ("The U.S. Marshal shall maintain insurance at all times, including when a substitute custodian or keeper has been appointed. . . .").

(3) A.L. Burbank, for incidental advertising expenses necessary for the sale of the vessel: $8,000.00.

(4) Robert Fyffe, substitute custodian: $14,369.42.

AO 72
(Rev 8/82)

Civil No. 98-1765 (JAF) -3-

The balance of the custodial expenses incurred by Robert Fyffe will be paid by the plaintiff and the intervening plaintiffs in any amount to be agreed by the parties or further disposed of by the court after April 14, 2000.

It is further **ORDERED** that this case is closed, subject to any further adjustment on claims needing court intervention after April 14, 2000, and without prejudice of a hearing to resolve any arising dispute.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of March, 2000.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)



U.S. Department of Justice     ADDENDUM "A"

United States Marshals Service

# MEMORANDUM

*District of Puerto Rico*

Hato Rey, PR 00918

DATE : MARCH 20, 2000

TO : MATTHEW J. GLOMB, TRIAL ATTORNEY

FROM : ROBERT SCHMIDT, LT CIVIL DIVISION

THROUGH : ROBERT OTTO, SUPERVISOR-DUSM NASAF/CIVIL

RE : CASE # 98-1765 M/V RIO NEVERIS
"AFFIDAVIT OF EXPENSES"

**SEIZURE EXPENSES**
$128.58

**SALE EXPENSES & COMMISSION**
$2,305.00

INSURANCE PREMIUMS AS OF MARCH 17, 2000............................................$18,197.00
(MARCH 17, 2000 - VESSEL WAS RELEASED)

                                                                                                     SUB TOTAL......$20,630.58

PLAINTIFF DEPOSIT..............................................................................................$10,000.00

                                                                                                                             $10,630.58

TOTAL AMOUNT OWED TO USMS............................ | $10,630.58 |

**SALE PROCEEDS**
1ST BIDDER'S DEFAULT DEPOSIT.................................$15,000.00
2ND BIDDER'S PAYMENT..................................................$148,000.00

TOTAL PROCEEDS FROM SALE.................................$163,000.00

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT THE CIVIL DIVISION AT: (787) 766-6000 EXT. 206

CC: USAO