# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





LUBRICANTES VENOCO
INTERNACINAL, C.A.

VS.   CIVIL NO. __98-1765__ (JAF)

M/V RIO NEVERI, ET AL.,

---

### DESCRIPTION OF MOTION

DATE FILED: 9/14/99  DOCKET: 56

[] Plaintiff(s)
[] Defendant(s)

TITLE: MOTION FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT BY PEREZ Y CIA. DE PUERTO RICO, INC.

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *The default of defendant in rem shall be entered nunc pro tunc Sept 14/99*

___4-3-00___
DATE

___/s/___
JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

101