# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 APR -5 PM 1:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LUBRICANTES VENOCO
INTERNACINAL, C.A.

    VS.                        CIVIL NO. __98-1765__ (JAF)

M/V RIO NEVERI, ET AL.,

---

## DESCRIPTION OF MOTION

DATE FILED: 9/17/99  DOCKET: 57       TITLE: MOTION REQUESTING ENTRY OF DEFAULT BY TRANSCARIBBEAN MARITIME CORPORATION

[ ] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

---

4-3-00
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

102

