UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1  LUBRICANTES VENOCO
2  INTERNACIONAL, C.A.,

3      Plaintiff,                              Civil No. 98-1765 (JAF)

4      v.

5

6  PEREZ & CIA. DE PUERTO RICO,
   INC.; FREDDY SANTANA,
7  et al.,

8      Plaintiffs-Intervenors,

9      v.

10

11 M/V RIO NEVERI, her engines,
   furniture, apparel, etc., *in*
   *rem*; Lima-Sol Shipowners;
12 Shipco Marine Management, and
   Coralita Shipping Co., Ltd., *in*
13 *personam*.

14
       Defendants.
15 ------------------------------------

16

17            **J U D G M E N T**

18     The default of the defendant *in rem* having been ordered entered,

19 judgment by default is entered in favor of Pérez y Cía. de Puerto

20 Rico, Inc. and against the M/V RIO NEVERIS *in rem* and codefendants

21 Lima-Sol Shipowners and SHIPCO Marine Management, *in personam*, in the

22 amount of $337,230.20, plus interests and costs.

23     San Juan, Puerto Rico, this 3rd day of April, 2000.

24

25

26                          JOSE ANTONIO FUSTE
                            U. S. District Judge

AO 72
(Rev 8/82)