IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.   CIVIL CASE  98-1765 (JAF)

M/V Rio Neveris, et al.

### DESCRIPTION OF MOTION

| DATE FILED: 6/29/00 | DOCKET #: 115 | TITLE: MOTION by Lubricantes Venoco |for Ian P. Carvajal to Withdraw as Attorney| |
|---|---|---|
| BY: Plaintiff | | |

### O-R-D-E-R

☐ GRANTED.

☐ DENIED.

☐ NOTED.

☐ MOOT.

OTHER: Granted

_12-05-00_
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE