# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO
INTERNACIONAL, C.A.

    VS.                              **CIVIL NO.** 98-1765 (JAF)

PEREZ & CIA DE PUERTO RICO,
INC. FREDDY SANTANA, ET AL

---

## DESCRIPTION OF MOTION

DATE FILED: 4/13/00 DOCKET: 107      TITLE: MOT TO JOIN PEREZ & CIA
                                                           MOT FOR RECONSIDERATION

[x] Plffs.    [ ] Defts.

---

## O-R-D-E-R

*Allowed to join*

12-5-00
DATE                                JOSE A. FUSTE
                              U.S. DISTRICT COURT

