# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





LUBRICANTES VENOCO INT'L.

    VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)

| DESCRIPTION OF MOTION | |
|---|---|
| **DATE FILED:** 04/12/00  **DOCKET #:** 106<br><br>[ ] Plaintiff(s)<br>[ ] Defendant(s)<br>[X] OTHERS | **TITLE:** MOTION by Perez y Cia. de PR for Reconsideration of [100-1] order awarding Robert Fyffe $14,369.42 of the sales proceeds |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Denied_

_____
12-05-00
DATE

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE