# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO INT'L.

    VS.

M/V RIO NEVERI, ET AL

CIVIL NO. 98-1765 (JAF)

---

### DESCRIPTION OF MOTION

| DATE FILED: 04/10/00 | DOCKET #:105 | TITLE: MOTION by Transcaribbean Marit for Default Judgment against M/V Neveris in the amt of $50,541.95, together with imposition of prejudgment interest, costs and atty's fees |
|---|---|---|
| [ ] Plaintiff(s)<br>[ ] Defendant(s)<br>[X] OTHERS | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _granted & judgment_
_enter_

---

12-05-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE