# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Lubricantes Veneoco International**

Plaintiff

v.                                                                                  CIVIL CASE  98-1765 (JAF)

**M/V Rio Neveri, et al.**

Defendants

## DEFAULT JUDGMENT

Pursuant to the Order of December 6, 2000 (docket #119), granting plaintiff's motion for default judgment against M/V Rio Neveri; judgment is entered in the amount of $50,541.95, together with the imposition of pre-judgment interest, costs and attorney's fees.

In San Juan, Puerto Rico, this 6th day of December, 2000.

**Frances Rios de Moran**
Clerk of Court

By: _____
Deputy Clerk