## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.                                              CIVIL CASE  98-1765 (JAF)

M/V Rio Neveris, et al.

---

### DESCRIPTION OF MOTION

| DATE FILED: 12/29/00 | DOCKET #: 123 | TITLE: MOTION by Robert Fyffe |to Extend Time until 1/16/01 to oppose Perez's motion for reconsideration| |
|---|---|---|
| BY: Interested party | | |

### O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] NOTED.

[ ] MOOT.

OTHER: _We note time requested has elapsed._

1/17/2001
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE

125