Case 3:98-cv-01765-JAF    Document 128    Filed 02/13/2001    Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.                                    CIVIL CASE   98-1765 (JAF)

M/V Rio Neveris, et al.

---

### DESCRIPTION OF MOTION

| DATE FILED: 1/31/01 | DOCKET #: 127 | TITLE: MOTION by Perez y Cia. de PR |for Leave to File reply to Fyffe's opposition to Perez's motion for reconsidaration|w/tendered reply attached. |
|---|---|---|
| BY: Intervening plaintiff | | |

### O-R-D-E-R

☒ GRANTED.

☐ DENIED.

☐ NOTED.

☐ MOOT.

OTHER:

_____

2/9/2001
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE

(7)

128