# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.                                           CIVIL CASE   98-1765 (JAF)

M/V Rio Neveris, et al.

---

### DESCRIPTION OF MOTION

| DATE FILED: 12/19/00 | DOCKET #: 122 | TITLE: MOTION by Perez y Cia. de PR |for Reconsideration of [0-0] endorsed order re: payment of custodia legis (#109)], or |to Consolidate this case w/99-1292 (HL)|, or |to Stay|, or |for evidentiary hearing on the custodia legis payment| |
|---|---|---|
| BY: Intervening plaintiff | | |

### O-R-D-E-R

☐ GRANTED.

☐ DENIED.

☐ NOTED.

☐ MOOT.

OTHER: *Denied*

---

3/30/01                                    *[signature]*

DATE                                        JOSE A. FUSTE
                                            UNITED STATES DISTRICT JUDGE

130