IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUBRICANTES VENOCO INTERNATIONAL, C.A., | * |
| Plaintiff, | * |
| v. | CIVIL NO. 98-1765 (JAF) |
| M/V RIO NEVERI, her engines, furniture, apparel, etc., in rem; et al. | In Admiralty |
| Defendants. | * |
| FREDDY SANTANA, et al., | * |
| Intervening Plaintiff. | * |
| PEREZ & CIA. DE PUERTO RICO, INC., | * |
| Intervening Plaintiff. | * |
| TRANSCARIBBEAN MARITIME CORP., | * |
| Intervening Plaintiff. | * |

## NOTICE OF APPEAL

**TO THE CLERK OF THE COURT:**

Notice is hereby given that intervening plaintiff, Pérez y Cía. de Puerto Rico, Inc., appeals to the United States Court of Appeals for the First Circuit from the Order dated December 5, 2000, and entered on December 12, 2000, and the Order dated March 30, 2001, and entered on April 3, 2001, pursuant to the provisions of **28 U.S.C § 1291** and **Rule 4, Fed.R.App.P.**

**RESPECTFULLY SUBMITTED.**

C/S: Appeals Clerk

Civil No. 98-1765 (JAF)
Page-2-

    In San Juan, Puerto Rico, this 2nd day of May of 2001.

                                       **CALVESBERT LAW OFFICES PSC**
                                       **Centro de Seguros Bldg., Suite 214**
                                       **701 Ponce de León Avenue**
                                       **San Juan, Puerto Rico 00907**
                                       **Tel. (787) 722-8800**
                                       **Fax: (787) 729-0066**

                                       By: *[signature]*
                                          Paul E. Calvesbert Borgos
                                          USDC-PR No. 118503