UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.

M/V Rio Neveri, et al.

CIVIL CASE:   98-1765 (JAF)

### DESCRIPTION OF MOTION

| Date: 3/28/02 | Docket #: 134 | MOTION by Perez y Cia. de PR |to Stay order of 12/5/01 pending appeal| |
| By: Intervening plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER:

*Granted*

_____
4/23/02
Date

_____
Jose A. Fuste
United States District Judge

136