# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.

M/V Rio Neveri, et al.

CIVIL CASE: 98-1765 (JAF)

## DESCRIPTION OF MOTION

| Date: 5/10/02 | Docket #: 137 | MOTION by Robert Fyffe | for Reconsideration of [136-1] order staying order of 12/5/00 pending the appeal | |
|---|---|---|
| By: Interested party | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: Motion for Reconsideration granted. Previously issued stay set aside.

6/17/02
Date

Jose A. Fuste
United States District Judge