# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.

M/V Rio Neveri, et al.

CIVIL CASE: 98-1765 (JAF)

RECEIVED ... 02 JUN 17 AM 8:45 U.S. DISTRICT COURT SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 5/15/02 | Docket #: 138 | MOTION by Perez y Cia. de PR \|to Strike [137-1] motion for Reconsideration of [136-1] order staying order of 12/5/00 pending the appeal by Robert Fyffe\| |
|---|---|---|
| By: Intervening plaintiff | | |

## O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER:

Denied

6/17/02
Date

JAF
Jose A. Fuste
United States District Judge

142