# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





Lubricantes Venoco International, C.A.

v.                                    CIVIL CASE:   98-1765 (JAF)

M/V Rio Neveri, et al.

---

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date: 7/22/02 | Docket #: 144 | MOTION by P.R. Ports Authority \|for Risa Tobin to Withdraw as Attorney\| and \|to Extend Time for 30 days to obtain new cnsl\| |
| By: Interested party | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: _Granted 15 days for substitute_
_Counsel to appear_

_____        _____
7/30/02                         Jose A. Fuste
Date                            United States District Judge

8/1/02
s/c: 7 active attys

