UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.   CIVIL CASE:   98-1765 (JAF)

M/V Rio Neveri, et al.

### DESCRIPTION OF MOTION

| Date: 7/12/02 | Docket #: 143 | MOTION by Perez y Cia. de PR |to Stay order of 12/5/01 pending appeal |
| By: Intervening plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: Granted

7/30/02
Date

Jose A. Fuste
United States District Judge

8/1/02
s/c: 7 active attys.

147