# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



LUBRICANTES VENOCO INTERNATIONAL,
C.A.

      VS.                                        CIVIL NO.  98-1765  (JAF)

M/V RIO NEVERI, ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED:      DOCKET:      TITLE:

[ ] Plffs.        [ ] Defts.

### O-R-D-E-R

The PR Ports Authority is in default in reference to our order of 7/30/02 on the subject of appointment of counsel. Be guided accordingly.

IT IS SO ORDERED.

12-11-02
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE


