UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lubricantes Venoco International, C.A.

v.

M/V Rio Neveri, et al.

CIVIL CASE: 98-1765 (JAF)

RECEIVED & FILED
03 JUN 30 AM 8:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 5/30/03 | Docket #: 149 | Letter MOTION by Center for Seafarers [for status of Yuriy Oleks Kosinsky's claim] |
|---|---|---|
| By: Interested party | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: Peter Saly Esq will address the matter in writing to movant and to the court immediately. (not later than 10 calendar days)

6/24/03
Date

José A. Fuste
United States District Judge

151&