UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO





Lubricantes Venoco International, C.A.

v.                                             CIVIL CASE:   98-1765 (JAF)

M/V Rio Neveri, et al.

## DESCRIPTION OF MOTION

| Date: 10/24/03 | Docket #: 153 | MOTION by Robert Fyffe |to request order of satisfaction of judgment| |
| --- | --- | --- |
| By: Interested party | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER:

*Granted*

Date: 11/18/03

Jose A. Fuste
United States District Judge

