# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





RECEIVED AND FILED

Lubricantes Venoco International, C.A.

v.   CIVIL CASE: 98-1765 (JAF)

M/V Rio Neveri, et al.

## DESCRIPTION OF MOTION

| Date: 10/24/03 | Docket #: 154 | MOTION by Perez y Cia. de PR |for Return of Supersedeas Bond| |
|---|---|---|
| By: Intervening plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER:

_Granted_

Date: 11/18/03

Jose A. Fuste
United States District Judge

(8) FINANCE